IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JABREL LESTER SAWYER, )
)
    Plaintiff, )
)
v. ) CASE NO. CV417-056
)
NANCY BERRYHILL, Acting )
Commissioner of Social Security, )
)
    Defendant. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which no objections have been filed. After careful consideration of the record in this case, the Report and Recommendation is **ADOPTED** as the Court's opinion and Plaintiff's case is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to obey a Court order. The Clerk of Court is directed to **CLOSE** this case.

SO ORDERED this 8th day of August 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA